# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>ADARA YUZETH TAMAYO-FLORES,<br><br>    Defendant. | Case No. 19-cr-5255-LAB<br><br>**JUDGMENT AND ORDER TO DISMISS INDICTMENT WITHOUT PREJUDICE** |

Upon motion of the United States of America and good cause appearing,

IT IS HEREBY ORDERED that the indictment in the above-entitled case be DISMISSED without prejudice as to Defendant Adara Yuzeth Tamayo-Flores.

IT IS SO ORDERED.

DATED: January 29, 2020

_____
HONORABLE LARRY ALAN BURNS
CHIEF UNITED STATES DISTRICT JUDGE